KRISTOL BRADLEY GINAPP
Nevada Bar No. 8468
   E-Mail: Kristol.Ginapp@lewisbrisbois.com
MARCUS B. SMITH
Nevada Bar No. 12098
   E-Mail: Marcus.Smith@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Venetian Casino Resort, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA L. BELLAMY,<br><br>        Plaintiff,<br><br>vs.<br><br>VENETIAN CASINO RESORT, LLC; ROE business organizations I-X; and, DOE Individuals I-X,<br><br>        Defendants. | CASE NO. 2:15-CV-02480-JAD-NJK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE UNDER F.R.C.P. 41(a)(1)(A)(ii)** |

///

///

///

///

///

///

///

///

///

///

4851-1961-2465.1                                                                        2:15-CV-02480-JAD-NJK
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**STIPULATION OF DISMISSAL WITH PREJUDICE
UNDER F.R.C.P. 41(a)(1)(A)(ii)**

**COME NOW,** Plaintiff REBECCA L. BELLAMY and Defendant VENETIAN CASINO RESORT, LLC and, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), agree to the dismissal with prejudice of this action in its entirety, with each party to bear their own costs and fees.

**IT IS SO STIPULATED,**

DATED: May 20, 2016.  DATED: May 20, 2016

 /s/ Victoria L. Neal                                       /s/ Kristol Bradley Ginapp
James P. Kemp, Esq.                              KRISTOL BRADLEY GINAPP
Bar No. 6375                                           Nevada Bar No. 8468
Victoria L. Neal, Esq.                             MARCUS B. SMITH
Bar No. 13382                                         Nevada Bar No. 12098
KEMP & KEMP, ATTORNEYS AT LAW    LEWIS BRISBOIS BISGAARD & SMITH LLP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130                             6385 S. Rainbow Boulevard, Suite 600
Tel: (702) 258-1183                                Las Vegas, Nevada 89118
Fax: (702) 258-6983                               Tel. 702.893.3383

*Attorneys for Plaintiff*                           Attorneys for Venetian Casino Resort, LLC


**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge
**Dated:** May 29, 2016.



4851-1961-2465.1                                       2                                       2:15-CV-02480-JAD-NJK
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 20th day of May, 2016, I did cause a true and correct copy of **STIPULATION OF DISMISSAL WITH PREJUDICE UNDER F.R.C.P. 41(a)(1)(A)(ii)** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

James P. Kemp, Esq.
Victoria L. Neal, Esq.
Kemp & Kemp
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
P:  702-258-1183
F:  702-258-6983
E:  jp@kemp-attorneys.com
E:  vneal@kemp-attorneys.com

By: /s/ *Kileen Watase*
An Employee of LEWIS BRISBOIS BISGAARD & SMITH LLP